UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| | Plaintiff, | No. _____ |
| v. | | |
| 4.04 ACRES OF LAND, MORE OR LESS, LOCATED IN SHASTA COUNTY, STATE OF CALIFORNIA; and PACIFIC GAS AND ELECTRIC CO., *et al.*, | | **DECLARATION OF TAKING** |
| | Defendants. | |

TO THE HONORABLE UNITED STATES DISTRICT COURT:

I, Tracey A. LeBeau, Administrator, Western Area Power Administration, Department of Energy, do hereby declare that:

1. The authority for the acquisition of the estate in property described herein is set forth in Schedule A.

2. The public purpose for which the property is taken is set forth in

attached Schedule B.

3. A description of the property sufficient for its identification is set forth in Schedule C.

4. A plat and map showing the property is attached as Schedule D.

5. The estate taken in the property is set forth in Schedule E.

6. The gross sum, estimated as just compensation for all interests taken, which sum is to be deposited with the Registry of the Court for the use and benefit of the persons entitled thereto, is set forth in Schedule F.

7. The parties who may claim an interest in the property are set forth in Schedule G.

I, Tracy A. LeBeau, Administrator, Western Area Power Administration, Department of Energy, do hereby declare that the rights acquired are taken in the name and for the use of the United States of America under authority and for the public purpose stated herein.

**IN WITNESS WHEREOF**, the United States of America, by its Administrator, Western Area Power Administration, Department of Energy, thereunto authorized, has caused this Declaration of Taking to be signed in its name this 15th day of November 2023.

Tracey A. LeBeau
Administrator
WESTERN AREA POWER ADMINISTRATION
DEPARTMENT OF ENERGY

**SCHEDULE A**

AUTHORITY FOR THE TAKING

This Declaration of Taking is filed pursuant to the authority of 40 U.S.C. § 3113 and 40 U.S.C. § 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Reclamation Act of June 17, 1902, 32 Stat. 388, 389, 43 U.S.C. § 421, the Reclamation Project Act of 1939, 53 Stat. 1187, 1197, 43 U.S.C. § 389, and the Flood Control Act of 1944, 58 Stat. 887, 890, 16 U.S.C. § 825s, which authorized the Secretary of the Interior to acquire property for reclamation purposes, including for the operation and maintenance of electrical transmission facilities; the Act of August 30, 1935, 49 Stat. 1028, 1038, and the Act of August 26, 1937, 50 Stat. 844, 850, which authorized the construction and operation of the Central Valley Project and acquisitions in eminent domain in furtherance thereof; the Act of August 31, 1964, 78 Stat. 756, 758, 16 U.S.C. § 837g, which authorized the construction and operation of the Pacific Northwest-Pacific Southwest Intertie Project; the Department of Energy Organization Act of August 4, 1977, 91 Stat. 565, 578, 42 U.S.C. § 7152, which transferred the power marketing functions of the Bureau of Reclamation to the Secretary of Energy, acting by and through the Administrator of the Western Area Power Administration; and the Consolidated Appropriations Act, 2023, 136 Stat. 4459, 4641, Public Law 117-328, Title III, December 29, 2022, which appropriated funds for the Western Area Power Administration.

The authority granted the Secretary of Energy to acquire by condemnation any interest in property was delegated to the Under Secretary (for Infrastructure) by Department of Energy Delegation Order No. S1-DEL-S3-2023, dated April 10, 2023.  The authority was redelegated by the Under Secretary (for Infrastructure) to the Administrator, Western Area Power Administration, by Department of Energy Redelegation Order No. S3-DEL-WAPA1-2023, dated April 10, 2023.

## SCHEDULE B

PUBLIC PURPOSE

The public purpose for which the property is taken is to be used as an integral part of the power transmission systems of the Central Valley Project (CVP) and the Pacific Northwest-Pacific Southwest Intertie Project (Intertie).

**SCHEDULE C**

LEGAL DESCRIPTION

Facility: CW

Tract No.: 100FS

Section G of Cottonwood Substation (20280 Trefoil Lane, Anderson, CA 96007)

That portion of the parcel of land recorded November 17, 1943 in Book 211, at page 497, Shasta County Records, being a portion of the southwest quarter of the northeast quarter (SW1/4NE1/4) of Section 1, Township 29 North, Range 4 West of the Mount Diablo Baseline and Meridian, Shasta County, California, more particularly described as follows:

Commencing at the center quarter corner of Section 1, whence the north quarter corner of Section 1 bears North 0°57'20" East, a distance of 2687.73 feet; Thence North 89°57'41" East along the south line of the northeast quarter of Section 1, a distance of 596.72 feet; Thence North 0°38'01" East, a distance of 276.34 feet to the **POINT OF BEGINNING**;

Thence continuing North 0°38'01" East, a distance of 354.59 feet;

Thence South 89°15'25" East, a distance of 475.35 feet;

Thence South 0°43'55" West, a distance of 352.52 feet;

Thence North 89°30'25" West, a distance of 474.75 feet to the **POINT OF BEGINNING**.

Containing 3.85 acres, more or less.

All bearings are grid bearings of the California state plane coordinate system, zone 1, North American Datum 1983. The bearing of the line between the center quarter corner of Section 1 (witnessed by a 5/8" rebar and aluminum cap L.S.8848) and the north corner of section 1 (a 3/4" iron pipe and tag L.S. 4389), Township 29 North, Range 4 West of the Mount Diablo Meridian, is N 0°57'20" E.

Facility: CW

Tract No.: 100EA

Access Easement

That portion of the parcel of land recorded November 17, 1943 in Book 211, at page 497, Shasta County Records, being a portion of the southwest quarter of the northeast quarter (SW1/4NE1/4) of Section 1, Township 29 North, Range 4 West of the Mount Diablo Baseline and Meridian, Shasta County, California, being a strip 30 feet wide, 15 feet left and right of the following described centerline:

Commencing at the center quarter corner of Section 1, whence the north quarter corner of Section 1 bears North 0°57'20" East, a distance of 2687.73 feet; Thence North 89°57'41" East along the south line of the northeast quarter of Section 1, a distance of 949.25 feet to the **POINT OF BEGINNING**;

Thence North 0°41'55" West, 128.74 feet to the beginning of a curve concave easterly, said curve has a radius of 200 feet;

Thence northerly along said curve through a central angle of 18°31'32" an arc distance of 64.67 feet to a point of reverse curvature, said curve is concave westerly and has a radius of 200 feet;

Thence northerly along said curve through a central angle of 17°20'02" an arc distance of 60.51 feet to a point of tangency;

Thence North 0°29'35" East, 21.01 feet to the south line of the U.S. Cottonwood substation and the **POINT OF TERMINATION**, whence the center quarter corner of Section 1 bears South 74°12'12" West, a distance of 1005.01 feet.

Containing 0.19 acres, more or less.

Sidelines of the above described shall be lengthened or shortened to intersect the south line of the northeast quarter of Section 1 and the south line of the U.S. Cottonwood substation.

All bearings are grid bearings of the California state plane coordinate system, zone 1, North American Datum 1983. The bearing of the line between the center quarter corner of Section 1 (witnessed by a 5/8" re bar and aluminum cap L.S.8848) and the north corner of Section 1 (a 3/4" iron pipe and tag L.S. 4389), Township 29 North, Range 4 West of the Mount Diablo Meridian, is N 0°57'20" E.

## SCHEDULE D

PLAT AND MAP







**SCHEDULE E**

ESTATES TAKEN

FEE INTEREST

The estate taken for Tract No. 100FS (3.85 acres) as described in Schedule C to this Declaration of Taking as Section G of Cottonwood Substation is fee simple, including all fixtures, improvements, appurtenances and electrical equipment, subject to the rights of Marcelino Heredia Cervantes and Araiza Heredia Flores, husband and wife, and the Anderson-Cottonwood Irrigation District, and their successors and assigns, to use a road in its present location.[1]

EASEMENT INTEREST

The estate taken for Tract No. 100EA (0.19 acres) as described in Schedule C to this Declaration of Taking is the right, privilege, and nonexclusive easement to enter, locate, construct, use, maintain, repair, and rebuild an access road, together with cuts and fills as needed.  The estate shall also include the right to install an electronic gate, fencing, and other improvements at the northern boundary of Tract No. 100EA where it abuts the southern boundary of Tract No. 100FS to control access to Tract No. 100FS. The estate taken shall be subject to that easement for public road and incidental purposes, recorded March 15, 1888 in Book 21 of Deeds, Page 105.

---

[1] Easements recorded April 1, 1971 in Book 1062, Page 338 and April 9, 1971 in Book 1063, Page 417 of Official Records of Shasta County, California, describe a nonexistent road that, if located as described, would bisect the Cottonwood Substation. Presently, the road is actually located farther east, outside of the fenced substation improvements, as depicted in the aerial map in Schedule D. This taking does not affect existing rights to use the road in its actual present location outside the Cottonwood Substation fence.

**SCHEDULE F**

ESTIMATE OF JUST COMPENSATION

The estimated just compensation for the interests being taken is Eight Million One Hundred Seventy-Six Thousand Five Hundred Thirty Seven U.S. Dollars ($8,176,537.00) to be deposited herewith in the Registry of the Court for the use and benefit of the persons intitled thereto.

# SCHEDULE G

## INTERESTED PARTIES

| INTERESTED PARTY | REFERENCE |
|---|---|
| **Pacific Gas and Electric Company**<br><br>*Serve*: Jessica Basilio<br><br>Registered In-House Counsel<br><br>300 Lakeside Dr.<br><br>Oakland, CA 94612-3534 | Grant Deed recorded on November 17, 1943 in Book 211, Page 497, Official Records of Shasta County, California. |
| **The Bank of New York Mellon Trust Company, N.A.**<br><br>*Serve*: Anthony R. Mancuso<br><br>Vice President<br><br>240 Greenwich Street<br><br>Legal Department – 18th Floor<br><br>New York, New York 10286 | First and Refunding Mortgage recorded May 27, 1920, Book 40 of Mortgages, at Page 255, and various supplements, the latest Nineteenth Supplemental Indenture recorded June 5, 2023, as Instrument No. 2023-0011609 of Official Records of Shasta County, California. |
| **Shasta County Tax Collector**<br><br>*Serve*: Kathryn Foster<br><br>Property Tax Specialist II<br><br>PO Box 991830<br><br>Redding, CA 96099<br><br>1450 Court Street, Suite 227<br><br>Redding, CA 96001<br><br>(530) 225-5511 | Taxing authority.<br><br>Part of Assessor Parcel Number 090-450-001. |

| | |
|---|---|
| **Anderson-Cottonwood Irrigation District**<br><br>*Serve:* Dustin Cooper<br><br>District Counsel<br><br>1681 Bird Street<br><br>Oroville, CA 95965<br><br>(530) 533-2885 | Part of Assessor Parcel Number 090-450-001.<br><br>Easement recorded March 8, 1939, in Book 147, Page 346 of Official Records of Shasta County, California.<br><br>Agreement recorded April 9, 1971 in Book 1063, Page 417 of Official Records of Shasta County, California. |
| **Marcelino Heredia Cervantes and Araiza Heredia Flores**, husband and wife<br><br>11695 Paskenta Road<br><br>Red Bluff, CA 96080 | Grant Deed recorded August 2, 2018 as Instrument No. 2018-0021645, of Official Records of Shasta County, California.<br><br>Agreement recorded April 1, 1971 in Book 1062, Page 338 of Official Records of Shasta County, California. |

All interested parties (as listed in Schedule G) are named in connection with each of the parcels taken (as described in Schedules C and E).