Todd Kim
Assistant Attorney General
Joshua M. Fliegel (IL Bar 6320614)
Trial Attorney
United States Department of Justice
Environment and Natural Resources Div.
Post Office Box 7611
Washington, DC 20044-7611
Telephone: (202) 514-4574
Joshua.Fliegel@usdoj.gov

Phillip A. Talbert
United States Attorney
Alyson A. Berg
Assistant United States Attorney
2500 Tulare Street, Ste 4401
Fresno, CA 93721
Telephone: (559) 497-4093
Alyson.berg2@usdoj.gov

*Attorneys for Plaintiff United States of America*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br>      v.<br><br>4.04 ACRES OF LAND, MORE OR LESS, LOCATED IN SHASTA COUNTY, STATE OF CALIFORNIA; and PACIFIC GAS AND ELECTRIC CO., *et al.*,<br><br>                    Defendants. | No. 2:23-cv-2800 WBS<br><br>**ORDER TO DEPOSIT FUNDS** |

Upon Plaintiff United States of America's Unopposed Motion to Deposit Funds (ECF No. 19), and pursuant to Local Rule 150, and good cause appearing,

1

IT IS SO ORDERED that the motion is **GRANTED** and that Plaintiff United States of America deposit into the Court Registry funds in the amount of $8,176,537.00. The February 5, 2024 hearing date is vacated.

Dated:  December 22, 2023

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2