Todd Kim
Assistant Attorney General
Joshua M. Fliegel (IL Bar 6320614)
Trial Attorney
United States Department of Justice
Environment and Natural Resources Div.
Post Office Box 7611
Washington, DC 20044-7611
Telephone: (202) 514-4574
Joshua.Fliegel@usdoj.gov

*Attorney for Plaintiff United States of America*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>  v.<br><br>4.04 ACRES OF LAND, MORE OR LESS, LOCATED IN SHASTA COUNTY, STATE OF CALIFORNIA; and PACIFIC GAS AND ELECTRIC CO., *et al.*,<br><br>        Defendants. | No. 2:23-cv-2800 WBS<br><br>**ORDER REGARDING EXTENSION OF TIME** |

Upon Plaintiff United States of America and Defendants Pacific Gas and Electric, Co. ("PG&E"), Anderson-Cottonwood Irrigation District ("ACID"), and the Heredias (together, the "Parties) Stipulation for Extension of Time ("Stipulation"), and for good cause appearing:

IT IS SO ORDERED that the April 8, 2024, Status (Pretrial Scheduling) Conference is reset to June 3, 2024 at 1:30pm in Courtroom 5.

Dated: March 19, 2024

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE