Todd Kim
Assistant Attorney General
Joshua M. Fliegel (IL Bar 6320614)
Trial Attorney
United States Department of Justice
Environment and Natural Resources Div.
Post Office Box 7611
Washington, DC 20044-7611
Telephone: (202) 514-4574
Joshua.Fliegel@usdoj.gov

*Attorney for Plaintiff United States of America*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> 4.04 ACRES OF LAND, MORE OR LESS, LOCATED IN SHASTA COUNTY, STATE OF CALIFORNIA; and PACIFIC GAS AND ELECTRIC CO., *et al.*, <br><br> Defendants. | No. 2:23-cv-2800 WBS <br><br> **ORDER REGARDING THE TRANSFER OF POSSESSION** |

Upon Plaintiff United States of America and Defendant Pacific Gas and Electric Company ("PG&E"), (together, the "Parties), Stipulation Regarding the Transfer of Possession ("Stipulation"), and for good cause appearing:

IT IS HEREBY ORDERED that the Court approves the Parties' Stipulation. The United States shall take, and Defendant PG&E shall relinquish subject to the provisions of the Parties' Stipulation, possession of the property described in Schedule C to the Declaration of Taking (ECF No. 1-2 at Page 5) at 12:01am by June 7, 2024. Subject to the Parties' Stipulation, PG&E shall remove any personal property from the Property and provide the United States all access associated

///

with the Property by that date and time.

Dated: June 6, 2024

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE