Todd Kim
Assistant Attorney General
Joshua M. Fliegel (IL Bar 6320614)
Trial Attorney
United States Department of Justice
Environment and Natural Resources Div.
Post Office Box 7611
Washington, DC 20044-7611
Telephone: (202) 514-4574
Joshua.Fliegel@usdoj.gov

*Attorney for Plaintiff United States of America*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 2:23-cv-2800 WBS |
| v. | |
| 4.04 ACRES OF LAND, MORE OR LESS, LOCATED IN SHASTA COUNTY, STATE OF CALIFORNIA; and PACIFIC GAS AND ELECTRIC CO., *et al.*, | **ORDER REGARDING EXTENSION OF TIME** |
| Defendants. | |

Upon Plaintiff United States of America and Defendants Pacific Gas and Electric, Co. ("PG&E"), Anderson-Cottonwood Irrigation District ("ACID"), and the Heredias (together, the "Parties) Stipulation for Extension of Time ("Stipulation"), and for good cause appearing:

IT IS SO ORDERED that the Status (Pretrial Scheduling) Conference is reset to **December 2, 2024 at 1:30pm** in Courtroom 5.  A joint status report shall be filed no later than **November 18, 2024** in accordance with the Court's Order Re: Status (Pretrial Scheduling) Conference filed December 18, 2023 (Docket No. 14).

Dated:  July 19, 2024

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE