Glen C. Hansen (SBN 166923)
ghansen@aklandlaw.com
Diane G. Kindermann (SBN 144426)
dkindermann@aklandlaw.com
ABBOTT & KINDERMANN, INC.
2100 21st Street
Sacramento, California 95818
Telephone:   (916) 456-9595
Facsimile:    (916) 456-9599

Attorneys for Defendant
ANDERSON-COOPER IRRIGATION DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>4.04 ACRES OF LAND, MORE OR LESS, LOCATED IN SHASTA COUNTY, STATE OF CALIFORNIA; and PACIFIC GAS AND ELECTRIC CO., *et al.*,<br><br>    Defendants. | No. 2:23-cv-02800-WBS-AC<br><br>**STIPULATED MOTION REGARDING**<br><br>**(1) SCHEDULE FOR MOTION FOR DETERMINATION OF PROPERTY INTERESTS OF ACID;**<br><br>**(2) EXTENSION OF TIME TO FILE MOTION TO STRIKE AFFIRMATIVE DEFENSES FILED BY ACID.**<br><br>**ORDER** |

SACRAMENTO DIVISION

Plaintiff UNITED STATES OF AMERICA ("Plaintiff"), Defendant ANDERSON-COTTONWOOD IRRIGATION DISTRICT ("ACID") and Defendant PACIFIC GAS AND ELECTRIC CO. ("PG&E") (collectively, the "PARTIES") jointly agree to this stipulated motion as follows:

1. Plaintiff filed a Complaint in this action on December 4, 2023 (ECF No. 1);

1

**STIPULATED MOTION FOR SCHEDULE ON FILING MOTIONS**

2. Defendant ACID filed an Answer to the Complaint on November 15, 2024 (ECF No. 32), which includes several Affirmative Defenses to Plaintiff's action;

3. The Parties' Joint Status Report Pursuant To Local Rule 240 was filed in this action on November 18, 2024 (ECF No. 33), which Status Report states that "this Court needs to initially determine the nature of ACID's interests in the Subject Property under California and federal law, and whether any such interests survive after the United States' condemnation of the Subject Property";

4. In the Status (Pretrial Scheduling) Order entered on November 25, 2024 (ECF No. 35), this Court responded to the request for a determination on the nature of ACID's interests in the Subject Property that was discussed in the Parties' Joint Status Report, by setting discovery deadlines based on the date of "the Court's ruling on which defendants have compensable property interest";

5. Plaintiff anticipates filing a motion to strike ACID's Affirmative Defenses and that such a motion is presently required to be filed by December 6, 2024 pursuant to Rule 12(f)(2), which would be difficult as a result of the interceding joint status report, holiday, and ongoing discussions with ACID regarding their Affirmative Defenses;

6. ACID believes that Plaintiff's motion to strike any of ACID's Affirmative Defenses is premature because their substance cannot reasonably be determined or amended until after this Court issues the "ruling on which defendants have compensable property interests";

7. The PARTIES believe extending the time to file a motion to strike would save the PARTIES' and the Court's resources as it may no longer be necessary after the Court's ruling;

8. THEREFORE, the PARTIES hereby jointly move the court for an order as follows:

- A motion for a determination on the legal basis of ACID's claimed compensable property interests in the Subject Property shall be filed on or before January 17, 2025, that any response to that motion shall be filed on or before February 14, 2025, and that any reply shall be filed by February 28, 2025;

- That the time for Plaintiff to file a motion to strike any of ACID's Affirmative Defenses shall be extended to 30 days following this Court's ruling on the legal

1 basis of ACID's claimed compensable property interests.

2 / /

FOR PLAINTIFF UNITED STATES OF AMERICA

3

4 DATED this 6th day of December, 2024.

5                                                Todd Kim
                                               Assistant Attorney General

6

7                                 By: */s/ Joshua Fliegel*
                                    Joshua M. Fliegel (IL Bar 6320614)

8                                     Trial Attorney
                                    United States Department of Justice

9                                     Post Office Box 7611
                                    Washington, DC 20044-7611

10                                     Telephone: (202) 514-4574
                                    Facsimile: (202) 514-8865

11                                     Joshua.Fliegel@usdoj.gov

12

13                                     *Attorney for Plaintiff*
                                    *United States of America*

14

15 FOR DEFENDANT PACIFIC GAS AND ELECTRIC, CO.

16 DATED this 6th day of December, 2024.     By: */s/ Mark Habib*
                                    Mark Habib

17                                     Peters, Habib, McKenna, Juhl-Rhodes &
                                    Cardoza

18                                     414 Salem St
                                    Chico, CA 95927

19                                     Telephone: (530) 342-3593

20                                     mhabib@peterslawchico.com

21                                     *Attorney for Defendant*
                                    *Pacific Gas and Electric, Co.*

22

23 FOR DEFENDANT ANDERSON-COTTONWOOD IRRIGATION DISTRICT

24 DATED this 6th day of December, 2024.     By: */s/ Glen Hansen*

25                                     Glen Hansen
                                    Senior Counsel

26                                     Abbott & Kindermann, Inc.

27                                     2100 21st St
                                    Sacramento, CA 95818

28

**STIPULATED MOTION FOR SCHEDULE ON FILING MOTIONS**

1
2
3   Telephone: (916) 456-9595
    GHansen@aklandlaw.com
4
5   *Attorney for*
    *Anderson-Cottonwood Irrigation District*
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4

**STIPULATED MOTION FOR SCHEDULE ON FILING MOTIONS**

**ORDER**

1. A motion for a determination on the legal basis of ACID's claimed compensable property interests in the Subject Property shall be filed on or before January 17, 2025, that any response to that motion shall be filed on or before February 14, 2025, and that any reply shall be filed by February 28, 2025;

2. The time for Plaintiff to file a motion to strike any of ACID's Affirmative Defenses shall be extended to 30 days following this Court's ruling on the legal basis of ACID's claimed compensable property interests.

**IT IS SO ORDERED**

Dated:  December 6, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE