UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>4.04 ACRES OF LAND, MORE OR LESS, LOCATED IN SHASTA COUNTY, STATE OF CALIFORNIA; PACIFIC GAS AND ELECTRIC CO.; BANK OF NEW YORK MELLON TRUST COMPANY, N.A.; SHASTA COUNTY TAX COLLECTOR; ANDERSON-COTTONWOOD IRRIGATION DISTRICT; MARCELINO HEREDIA CERVANTES; and ARAIZA HEREDIA FLORES,<br><br>    Defendants. | No. 2:23-cv-02800 WBS AC<br><br>ORDER |

----oo0oo----

Anderson-Cottonwood Irrigation District has filed a motion for determination of property interests. (Docket No. 39.) Within 5 days, movant shall file a proposed order it wishes the court to enter on the motion, which shall include the precise language concerning the purportedly uncontested legal basis for seepage rights that it requests the court to declare.

1

IT IS SO ORDERED.

Dated: March 11, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE