UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>4.04 ACRES OF LAND, MORE OR LESS, LOCATED IN SHASTA COUNTY, STATE OF CALIFORNIA; and PACIFIC GAS AND ELECTRIC CO., et al.,<br><br>Defendants. | No.  2:23-cv-2800 WBS AC<br><br>MODIFIED PRETRIAL SCHEDULING ORDER |

Following referral to the undersigned (ECF No. 50) and two informal discovery conferences (ECF Nos. 57, 58), the Status (Pretrial Scheduling) Order at ECF No. 35 is hereby modified as follows.  All other terms of the original Status (Pretrial Scheduling) Order remain in effect.

The first phase of litigation, concerning title and ownership interests, will be completed as follows:

- Initial disclosures: due 30 days after the date of this Order;
- Oral discovery: to be completed 90 days after initial disclosures are due;
- Written discovery: to be completed 60 days after the close of oral discovery;
- Title hearing: to be held within 90 days of the close of written discovery;

1

- Pre-hearing briefs shall be separately filed by each party 14 days prior to the hearing;
- Any motion by the United States to strike affirmative defenses shall be filed within 30 days of a post-hearing ruling on title phase issues;
- A schedule for the compensation phase shall be set on noticed motion filed by any party within 30 days after the court has issued a post-hearing ruling on title phase issues *and* has ruled on any motion to strike affirmative defenses.

IT IS SO ORDERED.

DATED: May 15, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE