Joshua M. Fliegel (IL Bar 6320614)
Trial Attorney
United States Department of Justice
Environment and Natural Resources Div.
Post Office Box 7611
Washington, DC 20044-7611
Telephone: (202) 598-0004
Joshua.Fliegel@usdoj.gov

*Attorney for Plaintiff United States of America*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>4.04 ACRES OF LAND, MORE OR LESS, LOCATED IN SHASTA COUNTY, STATE OF CALIFORNIA; and PACIFIC GAS AND ELECTRIC CO., *et al.*,<br><br>            Defendants. | No. 2:23-cv-2800 WBS<br><br>**ORDER REGARDING STAY** |

The court having verified that counsel for defendants have no opposition to plaintiff United States of America's Unopposed Motion for Stay of the Entire Case, and for good cause appearing:

IT IS SO ORDERED that the above-captioned matter is stayed in its entirety, subject to the application of any party to lift such stay.

Dated: October 7, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE