1  Joshua M. Fliegel (IL Bar 6320614)
   Trial Attorney
2  United States Department of Justice
   Environment and Natural Resources Div.
3  Post Office Box 7611
4  Washington, DC 20044-7611
   Telephone: (202) 598-0004
5  Joshua.Fliegel@usdoj.gov

6  *Attorney for Plaintiff United States of America*

7
                **UNITED STATES DISTRICT COURT**
8               **EASTERN DISTRICT OF CALIFORNIA**
                    **SACRAMENTO DIVISION**
9

10 UNITED STATES OF AMERICA,

11              Plaintiff,              No. 2:23-cv-2800 WBS

                    v.
12
13 4.04 ACRES OF LAND, MORE OR LESS,    **ORDER REGARDING APPLICATION TO**
   LOCATED IN SHASTA COUNTY, STATE      **LIFT STAY**
   OF CALIFORNIA; and PACIFIC GAS AND
14 ELECTRIC CO., *et al.*,

15              Defendants.

16

17        Upon Plaintiff United States of America's Application to Lift Stay, and for good cause

18 appearing:

19        IT IS SO ORDERED that the stay in the above-captioned matter is lifted.   A Status

20 Conference regarding further proceedings is set for **January 26, 2026 at 1:30 p.m.**  A joint status

21
   report shall be filed no later than **January 12, 2026.**
22

23

24 Dated:  November 26, 2025                    _____
                                               WILLIAM B. SHUBB
25                                             UNITED STATES DISTRICT JUDGE

26

27

28