UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  2:23-cv-2800 WBS AC |
| Plaintiff, | |
| v. | SECOND MODIFIED PRETRIAL SCHEDULING ORDER |
| 4.04 ACRES OF LAND, MORE OR LESS, LOCATED IN SHASTA COUNTY, STATE OF CALIFORNIA; and PACIFIC GAS AND ELECTRIC CO., et al., | |
| Defendants. | |

Following referral to the undersigned (ECF No. 50) and two informal discovery conferences (ECF Nos. 57, 58), the court modified the Status (Pretrial Scheduling) Order at ECF No. 35 to include a first phase of litigation concerning title ownership and interests, culminating in a title hearing.  ECF No. 60.  All other terms of the original Status (Pretrial Scheduling) Order remained in effect.

Due to a government shutdown, the modified schedule was temporarily stayed.  ECF Nos. 63-67.  The parties submitted a joint status report regarding the continuation of this case.  ECF No. 68.  Having considered the positions of the parties, the undersigned orders that the schedule is revised as follows:

////

1

Phase I: Title and Ownership

- Initial disclosures are completed.

- Oral discovery is completed.

- Written discovery closes March 25, 2026.

- A Title Hearing is set for June 24, 2026 at 09:00 AM in Courtroom 26 before Magistrate Judge Allison Claire.

- Pre-hearing briefs shall be separately filed by each party 14 days prior to the Title Hearing.

- Any motion by the United States to strike affirmative defenses shall be filed within 30 days of a post-hearing ruling on title phase issues.

Phase II: Compensation

- A schedule for the compensation phase shall be set on noticed motion filed by any party within 30 days after the court has issued a post-hearing ruling on title phase issues *and* has ruled on any motion to strike affirmative defenses.

IT IS SO ORDERED.

DATED: February 3, 2026

_____

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE