TIFFANY MIZUNO (State Bar No. 311986)
PACIFIC GAS AND ELECTRIC COMPANY
300 Lakeside Drive
Oakland, CA  94612-3534

Please Direct All Correspondence To:

PETERS, HABIB, McKENNA,
JUHL-RHODES, CARDOZA
& HANSEN, LLP
ATTORNEYS AT LAW
414 SALEM STREET, CHICO, CALIFORNIA 95928
P.O. BOX 3509, CHICO, CALIFORNIA 95927
TELEPHONE: (530) 342-3593
FACSIMILE: (530) 342-4272

MARK A. HABIB (State Bar No. 150087)
LIA M. JUHL-RHODES (State Bar No. 268816)
Attorneys for Defendant
PACIFIC GAS AND ELECTRIC COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:23-CV-2800 WBS |
| Plaintiff, | ORDER OF DISTRIBUTION OF DEPOSITED FUNDS TO PG&E PURSUANT TO STIPULATION BY ALL PARTIES |
| v. | |
| 4.04 ACRES OF LAND, MORE OR LESS, LOCATED IN SHASTA COUNTY, STATE OF CALIFORNIA; and PACIFIC GAS AND ELECTRIC CO., et al., | Date:    Monday, April 27, 2026<br>Time:    1:30 p.m.<br>Courtroom:  5 |
| Defendants. | |

On March 2, 2026, PACIFIC GAS AND ELECTRIC COMPANY moved this Court for an Order directing and authorizing the payment from the Registry of this Court to the persons entitled to the sum deposited by the United States of America under the Declaration of Taking Act, 40 U.S.C. § 3114. The Court has read the papers submitted on the question, reviewed the Stipulation of the parties in support of this Order, considered the evidence, authorities, and arguments, and being so informed,

ORDER OF DISTRIBUTION

IT IS ORDERED that:

1.   The motion is GRANTED.

2.   The Clerk of this Court will draw a check on the funds on deposit in the Registry of this Court in the amount of Eight Million One Hundred Thirty-Five Thousand One Hundred Fifteen ($8,135,115.00) Dollars, payable to defendant PACIFIC GAS AND ELECTRIC COMPANY and sent to counsel of record for PACIFIC GAS AND ELECTRIC COMPANY.

3.   This payment shall be a credit against any ultimate award to which the defendants may become entitled in this cause, without prejudice to the right of any party herein to claim a greater or lesser amount as compensation.

4.   PACIFIC GAS AND ELECTRIC COMPANY shall reimburse to the Registry of the Court any amount received in excess of the amount finally determined in this matter to constitute full compensation and remains liable to the plaintiff for reimbursement of any excess of this payment over the final award.

5.   PG&E shall be responsible for and discharge in full all taxes, assessments, liens and encumbrances against the property in existence as of the date of the taking.

6.   PG&E agrees to hold USA harmless from the claims of any claimants that are not a party to this case having liens or encumbrances against the property by virtue of any unrecorded agreement as of the date of the Taking.

7.   ACID's alleged real property rights subject to proof (a) of seepage from the ACID Canal onto the Subject Property, (b) to use the culvert that runs underneath the Subject Property, and (c) to allow floodwaters/stormwaters to bypass the ACID canal and flow onto the Subject Property, are not determined, released or prejudiced in any manner by this Order, but those alleged rights will instead be considered by this Court at the Title Hearing scheduled for June 24, 2026.

8.   Any just compensation that ACID is entitled to as a result of the United States' taking of ACID's alleged real property rights (outlined above) will not in any manner be determined, diminished, released or in any way prejudiced by this Order.

///

///

ORDER OF DISTRIBUTION                                                                                    2

PETERS, HABIB, McKENNA, JUHL-RHODES, CARDOZA & HANSEN, LLP
Attorneys at Law
Chico, California

9.     The April 27, 2026, hearing date on this motion to withdraw is hereby vacated.

**IT IS SO ORDERED.**

Dated:  April 22, 2026

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PETERS, HABIB, McKENNA, JUHL-RHODES, CARDOZA & HANSEN, LLP
Attorneys at Law
Chico, California