Glen C. Hansen (SBN 166923)
ghansen@publiclawgroup.com
RENNE PUBLIC LAW GROUP
350 Sansome Street, Suite 300
San Francisco, California 94104
Telephone: (415) 848-7200
Facsimile:  (415) 848-7230

Attorneys for Defendant
ANDERSON-COTTONWOOD IRRIGATION
DISTRICT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>4.04 ACRES OF LAND, MORE OR LESS,<br>LOCATED IN SHASTA COUNTY, STATE OF<br>CALIFORNIA; and PACIFIC GAS AND<br>ELECTRIC CO., et al.<br><br>    Defendants. | Case No. 2:23-cv-02800-WBS-AC<br><br>**ORDER GRANTING DEFENDANT ANDERSON COTTONWOOD IRRIGATION DISTRICT LEAVE TO FILE AN AMENDED ANSWER**<br><br>The Honorable William B. Shubb,<br>United States District Judge<br><br>Action Filed: December 4, 2023 |

On April 29, 2026, Defendant ANDERSON COTTONWOOD IRRIGATION DISTRICT ("ACID") filed a Stipulation For An Order Granting Defendant Anderson-Cottonwood Irrigation District Leave To File An Amended Answer ("Stipulation) that was signed and agreed to by all the parties in this proceeding.  The court has read the Stipulation, and being so informed,

**IT IS ORDERED** that:

ACID is granted leave to file its Amended Answer that is Exhibit 2 to the Stipulation.

Dated:  April 30, 2026

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

RENNE PUBLIC LAW GROUP

ORDER GRANTING DEFENDANT ANDERSON COTTONWOOD IRRIGATION DISTRICT LEAVE TO FILE AN AMENDED ANSWER - Case No. 2:23-cv-02800-WBS-AC